# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 22CR1486-RSH |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT AND ORDER TO DISMISS THE INFORMATION** |
| GONZALO ORDONEZ-TOVAR, | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the INFORMATION in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: MARCH 21, 2023.

*Robert S. Huie*
_____
HONORABLE ROBERT S. HUIE
United States District Judge